**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* ________ Chapter **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Via Fone, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **48-1204202** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**1104 W. 31st St. S**<br>**Wichita, KS 67217**<br>Number, Street, City, State & ZIP Code<br>**Sedgwick**<br>County<br><br>**Mailing address, if different from principal place of business**<br>**PO Box 12207**<br>**Wichita, KS 67277**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5311**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check* ***all*** *that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 14, 2026**
MM / DD / YYYY

*X* **/s/ Ameen Al Wakil**
Signature of authorized representative of debtor

**Ameen Al Wakil**
Printed name

Title **President**

**18. Signature of attorney**

*X* **/s/ Ryan A. Blay**
Signature of attorney for debtor

Date **October 14, 2026**
MM / DD / YYYY

**Ryan A. Blay 28110**
Printed name

**WM Law, PC**
Firm name

**15095 West 116th Street**
**Olathe, KS 66062**
Number, Street, City, State & ZIP Code

Contact phone **(913) 422-0909**

Email address **bankruptcy@wagonergroup.com**

**28110 KS**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Via Fone, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Credit Union of America Business Shares & Business Checking** | **Savings (0300) and Checking (0400)** | **7482** | **$360,000.00** |
| 3.2. | **Skyward Credit Union** | | | **$1,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$361,000.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | office equipment and computers | $0.00 | | $1,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$1,000.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

Debtor **Via Fone, Inc.**
Name

Case number *(If known)*

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 55.1. | **650 S. Westdale Dr., Wichita, KS 67209 Value could be less due to high interest rates. Purchased for $1,050,000 approx. 4-5 years ago** | **Fee Simple** | **$0.00** | | **$1,500,000.00** |
| 55.2. | **4505 E. 47th S., Wichita, KS 67210 value per offer made approx. 2 years ago and rejected by Debtor** | **Fee Simple** | **$0.00** | | **$2,200,000.00** |
| 55.3. | **2013-2035 S Seneca 67213** | **Fee Simple** | **$0.00** | | **$1,000,000.00** |
| 55.4. | **1721 E Osage Rd, Derby, KS 67037** | **Fee Simple** | **$0.00** | | **$500,000.00** |
| 55.5. | **149 S. Andover Rd., Andover, KS 67002, currently under contract pending court approval** | **Fee Simple** | **$0.00** | | **$675,000.00** |
| 55.6. | **3107 S Seneca St, Wichita, KS 67207** | **Fee Simple** | **$0.00** | | **$6,200,000.00** |
| 55.7. | **400 N. Woodlawn St., Wichita, KS 67208** | **Fee Simple** | **$0.00** | | **$2,500,000.00** |
| 55.8. | **305-313 S. Seneca Rd., Wichita, KS 67213** | **Fee Simple** | **$0.00** | | **$1,250,000.00** |

| | | | | | |
|---|---|---|---|---|---|
| 55.9. | **5735 W. MacArthur Rd., Wichita, KS 67215** | **Fee Simple** | **$0.00** | | **$500,000.00** |
| 55.10. | **251-257 S Hillside St., Wichita, KS 67211** | **Fee Simple** | **$0.00** | | **$500,000.00** |
| 55.11. | **3331 E. 47th St. S, Wichita, KS 67216** | **Fee Simple** | **$0.00** | | **$500,000.00** |
| 55.12. | **940 N Tyler Rd, Wichita, KS 67212, presently under contract** | **Fee Simple** | **$0.00** | | **$1,000,000.00** |
| 55.13. | **402 N. River St., Derby, KS 67037, presently under contract** | **Fee Simple** | **$0.00** | | **$760,000.00** |
| 55.14. | **211 E. 4th Ave. Hutchinson. KS 67501, presently set to be sold at auction** | **Fee Simple** | **$0.00** | | **$75,000.00** |
| 55.15. | **335 N. Washington St., Hutchison, KS 67501 + 2 lots adjacent, also set to be auctioned off** | **Fee Simple** | **$0.00** | | **$250,000.00** |
| 55.16. | **2502 E. 13th St. N, Wichita, KS 67214, under contract** | **Fee Simple** | **$0.00** | | **$250,000.00** |
| 55.17. | **6200/6300 W. Kellogg Dr., Wichita, KS 67209, under contract** | **Fee Simple** | **$0.00** | | **$300,000.00** |
| 55.18. | **418-424 W. Grand Ave, Haysville, KS 67060, currently under contract for deed** | **Fee Simple** | **$0.00** | | **$300,000.00** |
| 55.19. | **4720 S Broadway, Wichita, KS 67216, under contract** | **Fee Simple** | **$0.00** | | **$1,500,000.00** |

56. **Total of Part 9.** **$21,760,000.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**claim against S & B Motels, Inc, and S.R. WEILERT OIL, LLC** — **Unknown**

| | |
|---|---|
| **Nature of claim** | **funds owed, currently pending in litigation** |
| **Amount requested** | **$30,000.00** |

**loans outstanding by owner Ameen Al Wakil** — **$1,500,000.00**

| | |
|---|---|
| **Nature of claim** | **loans** |
| **Amount requested** | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**properties/lots selling under contracts for deed:**
**2303 S. Seneca - $325,000**
**1301 W. 31st St South (land only) - $375,000**
**3825 S Seneca - $400,000**
**3225 Exposition - $325,000**
**424 W. Grand, Haysville - $300,000** **$1,725,000.00**

**Debtor may have an interest in a business called Liquor & More LLC, a liquor store located at 3165 S Seneca.** **Unknown**

78. **Total of Part 11.** **$3,225,000.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $361,000.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.....> | | $21,760,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $3,225,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $3,587,000.00 | + 91b. $21,760,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $25,347,000.00 |

**Fill in this information to identify the case:**

Debtor name **Via Fone, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Campus Credit Union | **$328,003.00** | **$500,000.00** |

2.1 **Campus Credit Union**
Creditor's Name

**4960 E 21st St N,**
**Wichita, KS 67208**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1721 E Osage Rd, Derby, KS 67037**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | Column A | Column B |
|---|---|---|
| 2.2 Campus Credit Union | **$328,003.00** | **$675,000.00** |

2.2 **Campus Credit Union**
Creditor's Name

**4960 E 21st St N,**
**Wichita, KS 67208**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**149 S. Andover Rd., Andover, KS 67002, currently under contract pending court approval**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Credit Union of America**
Creditor's Name

**PO Box 47528**
**Wichita, KS 67201-7528**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0011**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**650 S. Westdale Dr., Wichita, KS 67209**
**Value could be less due to high interest rates. Purchased for $1,050,000 approx. 4-5 years ago**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$729,612.43** **$1,500,000.00**

---

2.4 **Heartland Credit Union**
Creditor's Name

**PO Box 1387**
**Hutchinson, KS 67504**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**400 N. Woodlawn St., Wichita, KS 67208**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,200,200.00** **$2,500,000.00**

---

2.5 **Heartland Credit Union**
Creditor's Name

**PO Box 1387**
**Hutchinson, KS 67504**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**305-313 S. Seneca Rd., Wichita, KS 67213**

**Describe the lien**
**Mortgage**

**$540,982.00** **$1,250,000.00**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **Heartland Credit Union**
Creditor's Name

**PO Box 1387**
**Hutchinson, KS 67504**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**5735 W. MacArthur Rd., Wichita, KS 67215**

**$281,937.00** **$500,000.00**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 **Heartland Credit Union**
Creditor's Name

**PO Box 1387**
**Hutchinson, KS 67504**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**251-257 S Hillside St., Wichita, KS 67211**

**$365,267.00** **$500,000.00**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8 Heartland Credit Union**
Creditor's Name

**PO Box 1387**
**Hutchinson, KS 67504**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**3331 E. 47th St. S, Wichita, KS 67216**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$225,000.00** **$500,000.00**

---

**2.9 Heartland Credit Union**
Creditor's Name

**PO Box 1387**
**Hutchinson, KS 67504**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**940 N Tyler Rd, Wichita, KS 67212, presently under contract**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$716,798.00** **$1,000,000.00**

---

**2.10 Heartland Credit Union**
Creditor's Name

**PO Box 1387**
**Hutchinson, KS 67504**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**402 N. River St., Derby, KS 67037, presently under contract**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$272,194.00** **$760,000.00**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.11 **Skyward Credit Union** — $2,500,000.00 — $6,200,000.00
Creditor's Name

**P.O. Box 771069**
**Wichita, KS 67277-1069**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**3107 S Seneca St, Wichita, KS 67207**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.12 **The First Security Bank** — $1,865,000.00 — $2,200,000.00
Creditor's Name

**312 Maple Street**
**Overbrook, KS 66524**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**4505 E. 47th S., Wichita, KS 67210**

**value per offer made approx. 2 years ago and rejected by Debtor**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.13 **The First Security Bank** — $250,000.00 — $1,000,000.00

**Describe debtor's property that is subject to a lien**

Debtor **Via Fone, Inc.** Case number (if known)
Name

Creditor's Name

**312 Maple Street**
**Overbrook, KS 66524**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2013-2035 S Seneca 67213**

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$10,602,996.43**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Via Fone, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Centralized Insolvency Operati**<br>**Philadelphia, PA 19101-7317** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**notice party only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Kansas Department of Revenue**<br>**PO Box 12005**<br>**Topeka, KS 66601-2005** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**notice only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**Ameen Al Wakil**
**3107 S Seneca St.**
**Wichita, KS 67217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$38,700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** back mileage owed
Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
**Capital One**
**PO Box 31293**
**Salt Lake City, UT 84131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** credit card
Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
**City of Wichita Public Works**
**& Utilities c/o**
**Hollins and McVay, P.A.**
**3615 SW 29th St**
**Topeka, KS 66614**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$761.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** default judgment, Sedgwick County Case No. SG-2026-LM-015973
Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
**Design Mechanical, Inc.**
**100 Greystone Ave,**
**Kansas City, KS 66103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** invoices for services rendered
Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
**HARRIS & HARRIS, LTD**
**P.O. BOX 186**
**Chicago, IL 60690**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$926.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** collections for:
Cox Communications ($95.30) and
Wichita Water Dept. ($831.22)
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**Hind Rahem Wakil**
**c/o Christopher Vinduska**
**Klenda Austerman LLC**
**301 N Main Ste 1600**
**Wichita, KS 67202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** notice only - claims asserted in divorce case
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**Hutchison Water Department**
**125 E Ave B,**
**Hutchinson, KS 67501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** utility
Is the claim subject to offset? ■ No ☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**
**JPMCB Card**
**PO Box 15369**
**Wilmington, DE 19850**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **recurring payments for insurance paid monthly in ordinary course**
Is the claim subject to offset? ■ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
**Kansas Department of Labor**
**attn: Bonnie Thurman**
**266 N Main St, Ste. 100**
**Wichita, KS 67202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Debtor does not believe it owes funds to KDOL, but it listing due to a Subpoena issued to command appearance on 10/21/2026 at 8 am**
Is the claim subject to offset? ■ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
**S & B Motels, Inc**
**c/o Stanley Weilert**
**7309 E 21st St**
**Ste. 145**
**Wichita, KS 67206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,307.72**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** **judgment in case SG-2026-SC-000324, presently on appeal**
Is the claim subject to offset? ■ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
**United States SBA**
**District Counsel**
**10675 Bedford Ave Suite 100**
**Omaha, NE 68127**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$39,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **PPP Loan, Debtor believes unsecured and is unsure if it was forgiven**
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **City of Wichita Water Dept.**<br>**455 N Main**<br>**Wichita, KS 67202** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Cox Communications**<br>**6205-B Peachtree Dunwoody Rd**<br>**Atlanta, GA 30328** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Todd Shahid**<br>**Klenda Austerman LLC**<br>**301 N. Main St.**<br>**Ste. 1600**<br>**Wichita, KS 67202** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **United States SBA**<br>**1515 Hawkins Blvd. Ste. 202**<br>**El Paso, TX 79925** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **US Attorney**<br>**301 N. Main #1200**<br>**Wichita, KS 67202** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **US Small Business Administrati**<br>**1000 Walnut St, Ste. 500**<br>**Kansas City, MO 64106-2156** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Weilert Oil Co.**<br>**c/o Stanley Weilert**<br>**7309 E 21st St, Ste. 145**<br>**Wichita, KS 67206** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. | + | $ **94,695.56** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **94,695.56** |

**Fill in this information to identify the case:**

Debtor name **Via Fone, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Via Fone, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Ameen Al Wakil** | **3107 S Seneca St.**<br>**Wichita, KS 67217** | **Campus Credit Union** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.2 | **Ameen Al Wakil** | **3107 S Seneca St.**<br>**Wichita, KS 67217** | **Campus Credit Union** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.3 | **Ameen Al Wakil** | **3107 S Seneca St.**<br>**Wichita, KS 67217** | **Credit Union of America** | ■ D **2.3**<br>☐ E/F<br>☐ G |
| 2.4 | **Ameen Al Wakil** | **3107 S Seneca St.**<br>**Wichita, KS 67217** | **Heartland Credit Union** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.5 | **Ameen Al Wakil** | **3107 S Seneca St.**<br>**Wichita, KS 67217** | **Heartland Credit Union** | ■ D **2.5**<br>☐ E/F<br>☐ G |

Debtor **Via Fone, Inc.** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Ameen Al Wakil** | **3107 S Seneca St.<br>Wichita, KS 67217** | **Heartland Credit Union** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.7 | **Ameen Al Wakil** | **3107 S Seneca St.<br>Wichita, KS 67217** | **Heartland Credit Union** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.8 | **Ameen Al Wakil** | **3107 S Seneca St.<br>Wichita, KS 67217** | **Heartland Credit Union** | ■ D **2.8**<br>☐ E/F<br>☐ G |
| 2.9 | **Ameen Al Wakil** | **3107 S Seneca St.<br>Wichita, KS 67217** | **Heartland Credit Union** | ■ D **2.9**<br>☐ E/F<br>☐ G |
| 2.10 | **Ameen Al Wakil** | **3107 S Seneca St.<br>Wichita, KS 67217** | **Heartland Credit Union** | ■ D **2.10**<br>☐ E/F<br>☐ G |
| 2.11 | **Ameen Al Wakil** | **3107 S Seneca St.<br>Wichita, KS 67217** | **Skyward Credit Union** | ■ D **2.11**<br>☐ E/F<br>☐ G |
| 2.12 | **Ameen Al Wakil** | **3107 S Seneca St.<br>Wichita, KS 67217** | **The First Security Bank** | ■ D **2.12**<br>☐ E/F<br>☐ G |
| 2.13 | **Ameen Al Wakil** | **3107 S Seneca St.<br>Wichita, KS 67217** | **The First Security Bank** | ■ D **2.13**<br>☐ E/F<br>☐ G |

Debtor **Via Fone, Inc.** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name **Via Fone, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **21,760,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **3,587,000.00** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **25,347,000.00** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **10,602,996.43** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **94,695.56** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **10,697,691.99** |

**Fill in this information to identify the case:**

Debtor name **Via Fone, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 14, 2026**

X **/s/ Ameen Al Wakil**
Signature of individual signing on behalf of debtor

**Ameen Al Wakil**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Via Fone, Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **Unknown** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **Unknown** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other **rents and other income** | **$2,900,775.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Skyward Credit Union**<br>**P.O. Box 771069**<br>**Wichita, KS 67277-1069** | **7/14/2026** | **$25,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | **John Smith** | **7/15/2026** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **roofing** |
| 3.3. | **JSL Holdings**<br>**c/o Alfred Jack Arnett**<br>**2456 N Shelton**<br>**Wichita, KS 67204** | **7/16/2026** | **$9,456.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **property management services** |
| 3.4. | **JPMCB Card**<br>**PO Box 15369**<br>**Wilmington, DE 19850** | **8/3/2026** | **$20,265.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **insurance payments** |
| 3.5. | **JSL Holdings**<br>**c/o Alfred Jack Arnett**<br>**2456 N Shelton**<br>**Wichita, KS 67204** | **8/6/2026** | **$24,430.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **property management services** |
| 3.6. | **JSL Holdings**<br>**c/o Alfred Jack Arnett**<br>**2456 N Shelton**<br>**Wichita, KS 67204** | **8/15/2026** | **$7,532.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **property management services** |
| 3.7. | **Heartland Credit Union**<br>**PO Box 1387**<br>**Hutchinson, KS 67504** | **8/21/2026** | **$47,854.77** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Skyward Credit Union**<br>**P.O. Box 771069**<br>**Wichita, KS 67277-1069** | **8/21/2026** | **$29,270.08** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9. **JSL Holdings**<br>**c/o Alfred Jack Arnett**<br>**2456 N Shelton**<br>**Wichita, KS 67204** | **9/2/2026** | **$9,733.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10. **JPMCB Card**<br>**PO Box 15369**<br>**Wilmington, DE 19850** | **9/3/2026** | **$24,200.85** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **insurance** |
| 3.11. **Heartland Credit Union**<br>**PO Box 1387**<br>**Hutchinson, KS 67504** | **9/9/2026** | **$45,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. **Skyward Credit Union**<br>**P.O. Box 771069**<br>**Wichita, KS 67277-1069** | **9/10/2026** | **$20,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. **Now Heating & Cooling**<br>**5115 N Arkansas Ave,**<br>**Wichita, KS 67204** | **9/18/2026** | **$177,758.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Ameen Al Wakil**<br>**3107 S Seneca St.**<br>**Wichita, KS 67217**<br>**owner** | **9/1/2025 - present** | **$59,103.10** | **mileage reimbursements/loans/payments for wife** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **In the Matter of the Marriage of Hind Rahem Wakil vs. Ameen Hadi Wakil**<br>**BU-2026-DM-000111** | **Divorce - Debtor is an Interested Party** | **District Court of Butler County, Kansas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Kansas Department Of Revenue vs. Via Fone Inc**<br>**SG-2025-ST-006764** | **State Tax Warrant - has since been satisfied** | **District Court of Sedgwick County, KS** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **The Board of County Commissioners of Reno County, Kansas vs. A & L Properties LLC, et al**<br>**RN-2025-CV-000145** | **tax foreclosure case - Debtor believes it is no longer a defendant** | **Diistrict Court of Reno County, KS** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **City of Wichita Public Works & Utilities vs. Via Fone, Inc**<br>**SG-2026-LM-015973** | **Limited Action** | **District Corut of Sedgwick County, KS** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **S & B Motels, Inc, et al vs. Viafone, Inc, et al**<br>**SG-2026-SC-000324** | **small claims** | **District Court of Sedgwick County, KS** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.6. | **Board of County Commissioners, Sedgwick County, KS vs. Ashlee N. Gardea, et al**<br>**SG-2026-CV-000095** | **tax foreclosure** | **District Court of Sedgwick County, KS** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **S & B Motels, Inc., et al vs. Via Fone, Inc., et al**<br>**SG-2026-CV-002581** | **Civil Appeals** | **District Court of Sedgwick County, KS** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **damage to elevator at 400 N Woodlawn, caught on fire** | **debtor is unsure if insurance covered losses** | **9/2026** | **Unknown** |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **WM Law**<br>**15095 West 116th Street**<br>**Olathe, KS 66062** | **Attorney Fees** | **10/12/2026** | **$10,000.00** |

**Email or website address**
**bankruptcy@wagonergroup.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **JSL Holdings**<br>**c/o Alfred Jack Arnett**<br>**2456 N Shelton**<br>**Wichita, KS 67204** | **bowling alley at 2440 S. Oliver, Wichita, KS 67220**<br>**Mr. Arnett paid $1 and paid the past due real estate taxes ($100,045 approximately) to keep the property from a tax foreclosure sale** | **5/4/2026** | **$1.00** |
| | **Relationship to debtor**<br>**3rd party entity owned by one of debtor's managers** | | | |

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Ameen Al Wakil**<br>**3107 S Seneca St.**<br>**Wichita, KS 67217** | **$59103.10** | **9/1/2025 - 7/10/2026** | **mileage reimbursements, personal loans, payments for wife** |
| | **Relationship to debtor**<br>**president/owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 14, 2026**

***/s/* Ameen Al Wakil**
Signature of individual signing on behalf of the debtor

**Ameen Al Wakil**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Kansas

In re **Via Fone, Inc.** Debtor(s) Case No. Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]

**Rule 2016(b) additional disclosures:**
**Pursuant to guidance by the United States Trustee, Wagoner Bankruptcy Group, P.C. d.b.a. WM Law has been engaged to perform only pre-petition filing services regarding a Chapter 7 bankruptcy filing. Based upon an evaluation of the individual facts of this case, the law firm has agreed to represent Debtor for pre-petition services only for the fees listed as pre-paid in this Form 2016(b).**
**Based upon an evaluation of the individual facts of Debtor's case, we have agreed that Debtor's fee for post-Petition work (work done after Debtor's case is filed) is the amount listed above as due after filing. Debtor is not required to engage WM Law to perform post-petition services for Debtor. Debtor is free to complete the post-petition services as a "Pro Se" debtor. Debtor could also hire another attorney to complete the post-petition services for Debtor. If Debtor elects to hire WM Law to provide post-petition services for Debtor, then Debtor will be provided another engagement letter to sign for those post-petition services after Debtor's case is filed. If Debtor does not sign another engagement letter to hire WM Law to provide post-petition services, then WM Law will continue to represent Debtor unless the bankruptcy court permits our withdrawal from the case.**
**If Debtor does elect to sign an engagement letter for WM Law to provide Debtor with post-petition services, then Debtor will be expected to pay the post-petition fees as stated above. However, Debtor's failure to pay those fees as agreed in the post-petition services engagement letter will not result in a denial of legal services.**
**Please note that neither this pre-petition services engagement letter nor our post-petition services engagement letter requires WM Law to respond to an Adversary proceeding against Debtor or to commence an Adversary Proceeding on Debtor's behalf. Additionally, from time-to-time additional work may be needed on Debtor's case which is unforeseen at the time of Debtor's engagement for post-petition services. This work is outside the scope of normal services for a Chapter 7 case. Work in those matters requires a retainer and is billed at $350 per hour for attorney time and $175 for staff time (that is not in the nature of secretarial services).**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtor in adversary proceedings, objections to discharge or dischargeability actions.**

In re **Via Fone, Inc.** Case No. ____________
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 14, 2026**
*Date*

**/s/ Ryan A. Blay**
**Ryan A. Blay 28110**
*Signature of Attorney*
**WM Law, PC**
**15095 West 116th Street**
**Olathe, KS 66062**
**(913) 422-0909 Fax: (913) 428-8549**
**bankruptcy@wagonergroup.com**
*Name of law firm*

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Ameen Al Wakil
3107 S Seneca St.
Wichita KS 67217

Campus Credit Union
4960 E 21st St N,
Wichita KS 67208

Capital One
PO Box 31293
Salt Lake City UT 84131

City of Wichita Public Works
& Utilities c/o
Hollins and McVay, P.A.
3615 SW 29th St
Topeka KS 66614

City of Wichita Water Dept.
455 N Main
Wichita KS 67202

Cox Communications
6205-B Peachtree Dunwoody Rd
Atlanta GA 30328

Credit Union of America
PO Box 47528
Wichita KS 67201-7528

Design Mechanical, Inc.
100 Greystone Ave,
Kansas City KS 66103

HARRIS & HARRIS, LTD
P.O. BOX 186
Chicago IL 60690

Heartland Credit Union
PO Box 1387
Hutchinson KS 67504

Hind Rahem Wakil
c/o Christopher Vinduska
Klenda Austerman LLC
301 N Main Ste 1600
Wichita KS 67202

Hutchison Water Department
125 E Ave B,
Hutchinson KS 67501

Internal Revenue Service
PO Box 7346
Centralized Insolvency Operati
Philadelphia PA 19101-7317

JPMCB Card
PO Box 15369
Wilmington DE 19850

Kansas Department of Labor
attn:  Bonnie Thurman
266 N Main St, Ste. 100
Wichita KS 67202

Kansas Department of Revenue
PO Box 12005
Topeka KS 66601-2005

S & B Motels, Inc
c/o Stanley Weilert
7309 E 21st St
Ste. 145
Wichita KS 67206

Skyward Credit Union
P.O. Box 771069
Wichita KS 67277-1069

The First Security Bank
312 Maple Street
Overbrook KS 66524

Todd Shahid
Klenda Austerman LLC
301 N. Main St.
Ste. 1600
Wichita KS 67202

United States SBA
District Counsel
10675 Bedford Ave Suite 100
Omaha NE 68127

United States SBA
1515 Hawkins Blvd. Ste. 202
El Paso TX 79925

US Attorney
301 N. Main #1200
Wichita KS 67202

US Small Business Administrati
1000 Walnut St, Ste. 500
Kansas City MO 64106-2156

Weilert Oil Co.
c/o Stanley Weilert
7309 E 21st St, Ste. 145
Wichita KS 67206

# United States Bankruptcy Court
## District of Kansas

| | | | |
|---|---|---|---|
| In re | **Via Fone, Inc.** | Case No. | |
| | Debtor(s) | Chapter | **7** |

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

| | | |
|---|---|---|
| Date: | **October 14, 2026** | **/s/ Ameen Al Wakil** |
| | | **Ameen Al Wakil**/**President** |
| | | Signer/Title |

# United States Bankruptcy Court
## District of Kansas

In re **Via Fone, Inc.** Debtor(s)

Case No.
Chapter **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Via Fone, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 14, 2026**
Date

**/s/ Ryan A. Blay**
**Ryan A. Blay 28110**
Signature of Attorney or Litigant
Counsel for **Via Fone, Inc.**

**WM Law, PC**
**15095 West 116th Street**
**Olathe, KS 66062**
**(913) 422-0909 Fax:(913) 428-8549**
**bankruptcy@wagonergroup.com**